**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Attorneys On Signature Page]

Attorneys for Plaintiff,
Richard Springer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAMMED ABDELJALIL AND RICHARD SPRINGER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**GE CAPITAL RETAIL BANK,**<br><br>DEFENDANT. | Case No.: 12-CV-02078-JAH-MDD<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3)**<br><br>**Date:** June 23, 2014<br>**Time:** 2:30 p.m.<br>**Place:** 13B<br>**Judge:** Hon. John A. Houston<br><br>**ORAL ARGUMENT REQUESTED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 23, 2014, at 2:30 p.m., before the United States District Court, Southern District of California, Courtroom 13B, 333 West Broadway, San Diego, CA 92101, Richard Springer ("Plaintiff") will move this Court for an order granting Richard Springer's Motion for Class Certification against GE Capital Retail Bank ("Defendant") pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3) concerning violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.

Plaintiff will move the Court to certify a 47 U.S.C. § 227(b)(1)(A)(iii) class consisting of:

> All persons within the United States who had or have a number assigned to a cellular telephone service, who received at least two calls using an automatic telephone dialing system and/or an artificial or prerecorded voice from Defendant or its agent between August 22, 2008 and August 22, 2012 for debt collection purposes, who were not customers of Defendant at the time of the calls, where Defendant's customer account records indicate that prior to the second and any subsequent calls that said persons were non-account holders as identified by one or more of the following terms in Defendant's electronic customer account records: "wrong number," "wrong telephone number," "incorrect number," "incorrect telephone number," "third party," "third party number," "third party telephone number," "third party contact," "wrong party," "wrong party number," or "wrong party telephone number."

This motion is made pursuant to the Fed. R. Civ. P. 23(b)(2) and (b)(3), a hybrid class action, on the grounds that the Fed. R. Civ. P. 23 requisites are satisfied. This motion is based upon this notice, the accompanying memorandum of points and authorities, the declarations and exhibits thereto, the Third Amended Complaint, all other pleadings and papers on file in this action, and upon such other

evidence and arguments as may be presented at the hearing on this matter.

Plaintiff respectfully requests oral argument.

                                         Respectfully submitted,

                                         **KAZEROUNI LAW GROUP, APC**

Date: April 28, 2014                  By:/s/ Abbas Kazerounian
                                            Abbas Kazerounian
                                            *Attorney for Plaintiff,*
                                            *Richard Springer*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff,*
*Richard Springer*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
tfriedman@AttorneysForConsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Fax: (866) 633-0228
*Attorneys for Plaintiff,*
*Richard Springer*