**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAMMED ABDELJALIL AND RICHARD SPRINGER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**GE CAPITAL RETAIL BANK,**<br><br>DEFENDANT. | Case No.: 12-CV-02078-JAH-MDD<br><br>**DECLARATION OF RICHARD SPRINGER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3)** |

# DECLARATION OF RICHARD SPRINGER

**I, RICHARD SPRINGER, declare:**

1. I am one of the named plaintiffs in this action. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

2. I am writing this declaration in support of Richard Springer's Motion for Class Certification in the above-captioned action.

3. I became a customer of GE Capital Retail Bank ("Defendant") on or about November 1, 2012, when I opened an account for a Wal-Mart credit card.

4. I was not a customer of Defendant prior to on or about November 1, 2012.

5. Prior to October 2, 2012, I did not provide my cellular telephone number ending 9149 to Defendant for any purpose.

6. Prior to October 10, 2012, I did not provide my cellular telephone number ending 9149 to Defendant for purposes of receiving any calls from Defendant.

7. Prior to October 10, 2012, I did not provide Defendant with my express permission to call me on my cellular telephone number ending 9149 for any purpose.

8. My attorneys have informed me of the responsibilities of a class

representative. I understand these responsibilities and I am willing and prepared to put the interest of the class members before my own, seeking a settlement or result that is fair to the class members as a whole.

9. To my knowledge, I have no interest that is not in line with the class members, as I seek injunctive relief as well as statutory damages in this action.

10. I would like to see Defendant obtain prior express written consent from consumers, whether account holders or non-account holders, before Defendant makes autodialed, artificial or prerecorded voice calls to consumers' cellular telephones.

I declare under penalty of perjury under the laws of California and the law of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 27, 2014.

By: /s/ Richard Springer
RICHARD SPRINGER