**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
Jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMED ABDELJALIL AND RICHARD SPRINGER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br>V.<br><br>GE CAPITAL RETAIL BANK,<br><br>DEFENDANT. | Case No.: 12-CV-02078-JAH-MDD<br><br>**DECLARATION OF ABBAS KAZEROUNIAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3)** |

# DECLARATION OF ABBAS KAZEROUNIAN

**I, ABBAS KAZEROUNIAN declare:**

1. I am an attorney admitted to the State Bar of California in 2007 and have been a member in good standing since that time. I have litigated cases in both state and federal courts in California, Washington, Nevada, Arizona, Tennessee, Ohio, Illinois and Texas. I am admitted in every Federal district in California and have handled federal litigation in the federal districts of California. I am also admitted to the Ninth Circuit Court of Appeals and the Supreme Court of the United States. I am a partner with the law firm Kazerouni Law Group, APC, and co-counsel for plaintiffs Muhammed Abdeljalil ("Mr. Abdeljalil," or jointly the "Plaintiffs") and Richard Springer ("Mr. Springer," or jointly the Plaintiffs") in the above-captioned action against defendant GE Capital Retail Bank ("Defendant").

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I am writing this declaration in support of Mr. Springer's Motion for Class Certification, and specifically, to establish that I am appropriate and qualified Class Counsel pursuant to *Fed. R. Civ. P.* 23(a)(4) and (g), and that I will adequately and fairly represent the interests of the putative class.

## CASE HISTORY

4. Plaintiffs' Complaint was filed on August 22, 2012 (Dkt. No. 1).

5. Both Mr. Abdeljalil and Defendant served written discovery requests in this case.

6. A First Amended Complaint was filed on September 27, 2012 (Dkt. No. 9).

7. A Second Amended Complaint was filed on October 17, 2012 (Dkt. No. 12) with leave of Court.

8. Defendant filed a motion to dismiss class allegations in the Second Amended Complaint, which was denied without prejudice on August 2, 2013 (Dkt. No. 29).

9. With leave of Court, Plaintiffs filed a Third Amended Complaint ("TAC") on August 22, 2013 (Dkt. No. 34).

10. Defendant answered the TAC on September 11, 2013 (Dkt. No. 39) and a First Amended Answer on November 4, 2013 (Dkt. No. 48).

11. On December 4, 2013, the Court issued a Case Management Order Regulating Discovery (Dkt. No. 50).

12. Pursuant to the Court's Second Amended Case Management Order, the deadline to file a motion for class certification is April 28, 2014 (Dkt. No. 57).

## EXHIBITS

13. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Report of Plaintiffs' Designated Expert Witness Jeffrey Hansen Pursuant to Fed. R. Civ. P. 26(a)(2)(b), minus the exhibits that were attached thereto.

14. To be filed as **Exhibit B** with Mr. Springer's motion to file documents under seal concerning Mr. Springer's motion for class certification is a true and correct copy of portions of the Transcript for the Deposition of Martha Koehler, taken on February 5, 2014.

15. Attached hereto as **Exhibit C** is a true and correct copy of portions of the Transcript for the Deposition of Daniel Kelly, taken on March 13, 2014.

16. Attached hereto as **Exhibit D** is a true and correct copy of portions of the Transcript for the Deposition of Jodi Fisher, taken on April 3, 2014.

17. Attached hereto as **Exhibit E** is a true and correct copy of portions of the Transcript for the Deposition of Randall Majerczak, taken on March 13, 2014.

18. Attached hereto as **Exhibit F** is a true and correct copy of portions of the Transcript for the Deposition of Richard Springer, taken on April 5, 2014.

19. Attached hereto as **Exhibit G** is a true and correct copy of documents produced by Defendant during discovery identified as GECRB 00023-00024, which document production by Defendant was served on or about January 21, 2014, with the document requests served by Mr. Abdeljalil on December 16, 2013.

20. Attached hereto as **Exhibit H** is a true and correct copy of the Honorable Philip S. Gutierrez's Order Granting Plaintiff's Unopposed Motion For Preliminary Approval Of Class Action Settlement in *Ellison v. Steve Madden, LTD*, No. 11-CV-5935-PSG (AGRx) (C.D. Cal. Sept. 25, 2012).

21. Attached hereto as **Exhibit I** is a true and correct copy of Defendant's response to Interrogatory No. 6 in this case.

22. Attached hereto as **Exhibit J** is a true and correct copy of Defendant's response to Interrogatory No. 11 in this case.

23. Attached hereto as **Exhibit K** is a true and correct copy of Defendant's response to Request for Admission No. 21 in this case.

24. Attached hereto as **Exhibit L** is a true and correct copy of Defendant's response to Request for Admission No. 9 in this case.

25. To be filed as **Exhibit M** with Mr. Springer's motion to file documents under seal concerning Mr. Springer's motion for class certification is a true and correct copy of documents produced by Defendant in this case identified as GECRB 00005-00006.

26. Attached hereto as **Exhibit N** is a true and correct copy of Defendant's response to Request for Production of Documents No. 31 (set two), dated April 16, 2014, and served by Plaintiff by mail on March 14, 2014.

## EXPERIENCE OF ABBAS KAZEROUNIAN AND KAZEROUNI LAW GROUP, APC

27. As one of the main plaintiff litigators of consumer rights cases in the Southern of California, I have been requested to and have made regular presentations to community organizations regarding debt collection laws and consumer rights. These organizations include Whittier Law School, Iranian American Bar Association, Trinity School of Law and Chapman Law School, University of Southern California, Irvine, and California Western School of Law. I was the principle anchor on Time Television Broadcasting every Thursday night as an expert on consumer law generally, and the TCPA specifically, between 2012 and 2013. I am a member of the Consumer Attorneys Association of Los Angeles, the Orange County Bar Association, former President of the Orange County Iranian American Bar Association, a member in good standing of National Association of Consumer Advocates and member of the Federal Bar Association. I am also an adjunct professor at California Western School of Law where I teach a three credit course in consumer law.

28. I have extensive experience prosecuting cases related to consumer issues. My firm, Kazerouni Law Group, APC, in which I am a principal, has litigated over 1000 individual based consumer cases and litigated over 250 consumer class actions. These class actions were litigated in federal courts in California, Washington, Nevada, Arizona, Tennessee, Illinois and Texas, as well as California State Courts. Approximately 100% percent of my practice concerns consumer litigation in general, and approximately 50% percent of my class action practice involves litigating claims under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq*. ("TCPA"). Therefore, my experience in litigating class actions and my years in practice allow me to provide outstanding representation to the Class as defined in Mr.

Springer's Motion For Class Certification, filed concurrently. I will strive to fairly, responsibly, vigorously and adequately represent the putative class members in this action.

29. My co-counsel, Hyde & Swigart and The Law Offices of Todd M. Friedman, P.C., are very experienced in the area of consumer law, including the TCPA. I have and currently work with these firms in a number of other class action cases as co-counsel, including cases under the TCPA. I believe my co-counsels' appointment as Class counsel is justified based upon their experience.

30. I have served as plaintiff's counsel in at least the following cases involving various consumer rights claims (including class actions claims) under the TCPA:

   a. *Malta v. Wells Fargo Home Mortgage, et al.*, 10-CV-1290 IEG (BLM) (class action settlement finally approved with Abbas Kazerounian as class counsel);

   b. *Lo v. Oxnard European Motors, LLC, et al.*, 10-CV-1009 JLS (MDD) (class action settlement finally approved with Abbas Kazerounian as class counsel);

   c. *Robinson v. Midland Funding, LLC*, 10-CV-2261 MMA (AJB);

   d. *Arthur v. SLM Corporation*, 10-CV-00198 (JLR) (class action settlement finally approved with Abbas Kazerounian as class counsel);

   e. *Newman v. ER Solutions, Inc.*, 11-CV-0592H (BGS);

   f. *In Re Jiffy Lube International, Inc.*, MDL No. 2261;

   g. *In Re Portfolio Recovery Associates, LLC*, TCPA Litigation, MDL No. 2295;

   h. *Jaber v. NASCAR*, 11-CV-1783 DMS (WVG) (S.D. Cal.);

   i. *Ridley v. Union Bank, N.A.*, 11-CV-1773 DMS (NLS) (S.D. Cal.);

j. *Ryabyshchuk v. Citibank (South Dakota) N.A., et al*, 11-CV-1236 IEG (WVG);

k. *Stephanie Rose v. Bank of America Corporation, et al*, CV-11-02390 (PSG);

l. *Sarabi v Weltman, Weinberg & Reis, Co., LPA, et al.*, 10-CV-1777 BTM (NLS) (class action settlement finally approved with Abbas Kazerounian as class counsel);

m. *Holt v. Redbox Automated Retail*, LLC, 11-CV-3046 DMS (RBB);

n. *Johnson v Bank of America, et al.*, 11-CV-3041 DMS (BLM);

o. *Newman v AmeriCredit Financial Services, Inc.*, 11-CV-3041 DMS (NLS);

p. *Allen v. Portfolio Recovery Associates, LLC*, 10-CV-2658-W (BGS);

q. *Ibey v Taco Bell Corp.*, 12-CV-00583-H (WVG);

r. *Karayan v. Gamestop Corp.*, 3:12-CV-01555-P;

s. *Vacarro v. I.C. Systems, Inc.*, 12-CV-02371-JAH-NLS (S.D. Cal.);

t. *Emanuel v. The Los Angeles Lakers, Inc.*, 12-CV-09936-GW-SH (C.D. Cal.);

u. *Rivera v. Nuvell Credit Company LLC*, 13-CV-00164-TJH-OP (E.D. Cal);

v. *Sherman v. Yahoo!, Inc.*, 13-CV-00041-GPC-WVG (S.D. Cal.);

w. *Sherman v. Kaiser Foundation Health Plan, Inc.*, 13-CV-0981-JAH (JMA) (S.D. Cal.);

x. *Lemieux v. Schwan's Home Service, Inc. et al.*, 12-cv-00964-GPC-DHB (class action certified with Abbas Kazerounian as class counsel);

y. *Barani v. Wells Fargo Bank, N.A.*, 12-cv-02999-GPC-KSC (class action settlement preliminarily approved with Abbas Kazerounian as class counsel); and,

    z.    *Hernandez v. Collection Bureau of America, Ltd.*, 13-cv-01626-CJC-DFM.

31. I am unaware of any conflicts of interest between Plaintiff Richard Springer and putative class members and between proposed class counsel and the other parties to this litigation.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on April 28, 2014.

                                            By: /s/ Abbas Kazerounian
                                                  Abbas Kazerounian