| | |
|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** |
| 2 | Abbas Kazerounian, Esq. (SBN 249203) |
|   | ak@kazlg.com |
| 3 | Jason A. Ibey, Esq. (SBN: 284607) |
| 4 | Jason@kazlg.com |
|   | 245 Fischer Avenue, Suite D1 |
| 5 | Costa Mesa, CA 92626 |
| 6 | Telephone: (800) 400-6808 |
|   | Facsimile: (800) 520-5523 |
| 7 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMED ABDELJALIL AND RICHARD SPRINGER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br> V. <br><br> GE CAPITAL RETAIL BANK, <br><br> DEFENDANT. | Case No.: 12-CV-02078-JAH-MDD <br><br> **DECLARATION OF TODD. M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3)** |

# DECLARATION OF TODD M. FRIEDMAN

**I, TODD M. FRIEDMAN declare:**

1. I am an attorney licensed to practice law in the State of California since 2001, the State of Illinois since 2002, and the State of Pennsylvania since 2011. I have been continuously licensed in California since 2001, Illinois since 2002, and Pennsylvania since 2011, and am in good standing with the California State Bar, Illinois State Bar, and Pennsylvania State Bar. I have litigated cases in both state and federal courts in California and Illinois. I am also admitted in every Federal district in California and have handled federal litigation in the federal districts of California. I am a partner with the law firm The Law Offices of Todd M. Friedman, and co-counsel for plaintiffs Muhammed Abdeljalil ("Mr. Abdeljalil," or jointly the "Plaintiffs") and Richard Springer ("Mr. Springer," or jointly the Plaintiffs") in the above-captioned action against defendant GE Capital Retail Bank ("Defendant").

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I am writing this declaration in support of Mr. Springer's Motion for Class Certification, and specifically, to establish that I am appropriate and qualified Class Counsel pursuant to *Fed. R. Civ. P.* 23(a)(4) and (g), and that I will adequately and fairly represent the interests of the putative class.

## CASE HISTORY

4. Plaintiffs' Complaint was filed on August 22, 2012 (Dkt. No. 1).

5. Both Mr. Abdeljalil and Defendant served written discovery requests in this case.

*Kazerouni Law Group, APC*
*Costa Mesa, California*

DECLARATION OF TODD FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION;
CASE NO.: 12-CV-02078-JAH-MDD                1

6. A First Amended Complaint was filed on September 27, 2012 (Dkt. No. 9).

7. A Second Amended Complaint was filed on October 17, 2012 (Dkt. No. 12) with leave of Court.

8. Defendant filed a motion to dismiss class allegations in the Second Amended Complaint, which was denied without prejudice on August 2, 2013 (Dkt. No. 29).

9. With leave of Court, Plaintiffs filed a Third Amended Complaint ("TAC") on August 22, 2013 (Dkt. No. 34).

10. Defendant answered the TAC on September 11, 2013 (Dkt. No. 39) and a First Amended Answer on November 4, 2013 (Dkt. No. 48).

11. On December 4, 2013, the Court issued a Case Management Order Regulating Discovery (Dkt. No. 50).

12. Pursuant to the Court's Second Amended Case Management Order, the deadline to file a motion for class certification is April 28, 2014 (Dkt. No. 57).

### EXPERIENCE OF TODD M. FRIEDMAN AND THE LAW OFFICES OF TODD M. FRIEDMAN

13. As one of the main plaintiff litigators of consumer rights cases in the Southern of California, I have been requested to and have made regular presentations to community organizations regarding debt collection laws and consumer rights.

14. I have extensive experience prosecuting cases related to consumer issues. My firm, The Law Offices of Todd M. Friedman, P.C., in which I am a principal, has litigated over 1000 individual based consumer cases and litigated over 60 consumer class actions. These class actions were litigated in federal courts in California, as well as California State Courts. Approximately 100% percent of my practice concerns consumer litigation in

general, and approximately 50% percent of my class action practice involves litigating claims under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et seq. ("TCPA"). Therefore, my experience in litigating class actions and my years in practice allow me to provide outstanding representation to the Class as defined in Plaintiffs' Motion For Class Certification, filed concurrently. I will strive to fairly, responsibly, vigorously and adequately represent the putative class members in this action.

15. I have served as plaintiff's counsel in at least the following cases involving various consumer rights claims (including class actions claims) under the TCPA:

   a. *Vacarro v. I.C. Systems, Inc.*, 12-CV-02371-JAH-NLS (S.D. Cal.);

   b. *Rivera v. Nuvell Credit Company LLC*, 13-CV-00164-TJH-OP (E.D. Cal);

   c. *Dancer v. L.A. Times*, BC472154 (L.A. Superior Court);

   d. *Couser v. Comenity Bank*, 3:12-cv-02484-MMA-BGS (S.D. Cal.);

   e. *Stemple v. QC Financial Services Group of California, Inc.*, 3:12-cv-01997-CAB-WVG (S.D. Cal.);

   f. *Abdejalil v. GE Capital Retail Bank*, 3:12-cv-02078-IEG-RBB (S.D. Cal.);

   g. *Groina v. Doc Prep Solutions*, 3:12-cv-02578-BTM-BGS (S.D. Cal.);

   h. *Alexander v. Manasseh Jordan Ministries*, 3:12-cv-02584-IEG-BLM (S.D. Cal.);

   i. *Neuls v. Dish Network*, 1:13-cv-01181-WJM-KMT (D. CO.);

   j. *Lecesse v. My Financial Gateway*, 3:12-cv-02375-JLS-KSC (S.D. Cal.);

   k. *Auerbach v. Successful Education Online, LLC*, 3:12-cv-05248-JSC (N.D. Cal.);

l. *Raffin v. E-Choice Healthcare LLC*, 3:12-cv-02517-LAB-BLM (S.D. Cal.);

m. *Olney v. Job.com*, 1:12-cv-01724-LJO-GSA (E.D. Cal.);

n. *Couser v. Legal Shield*, 3:12-cv-02575-LAB-WVG (S.D. Cal.);

o. *Langley v. Homeward Residential*, 2:12-cv-02623-JAM-EFB (E.D. Cal.);

p. *Hunter v. Palisades Collection*, 3:12-cv-02401-JAH-JMA (S.D. Cal.);

q. *Couser v. Worldwide Commerce Associates, LLC*, 3:13-cv-00118-H-BGS (S.D. Cal.);

r. *Tarizzo v. United Agencies, Inc., Et Al.*, CV12-10248 JFW (MRWx) (C.D. Cal.);

s. *Richard Chen v. National Enterprise Systems*, 3:12-cv-05910-JCS (N.D. Cal.);

t. *Couser v. Apria Healthcare, Inc*. 8:13-cv-00035-JVS-RNB (C.D. Cal.);

u. *Willis, Et Al. v. Chase Retail Services, Et Al.*, CV12-10252 DMG (SHx) (C.D. Cal.);

v. *French v. Target*, 0:13-cv-02626 (District of MN);

w. *Williams v. Credit Management, LP*, 5:12-cv-01924-TJH-OP (C.D. Cal.);

x. *Murdock v. Western Dental Services, Inc.*, 3:12-cv-02449-GPC-BLM (S.D. Cal.);

y. *Senesac v. Santander*, 3:12-cv-1193-J-20JRK (M.D. FL.);

z. *Kielbasinski v. American Publishing Co.*, 841 Civil 2012 (Somerset County, PA);

aa. *Friedman, Et Al. v. United American Insurance Company*, 3:12-cv-02837-IEG-BGS (S.D. Cal.);

bb. *Malis v. Saveology.com, LLC*, 2:13-cv-10013-BAF-LJM (E.D. MI.);

cc. *Blotzer v. Vital Recovery Services, Inc.*, 3:13-cv-00119-H-JMA (S.D. Cal.);

dd. *Friedman v. Massage Envy*, 2:13-cv-04607-JAK-FFM (C.D. Cal.);

ee. *Labou v. Cellco Partnership, et al*, 2:13-cv-00844-MCE-EFB (S.D. Cal.);

ff. *Pacleb v. Career Education Corporation,* 2:13-cv-03090-R-FFM (C.D. Cal.);

gg. *McNally v. Commonwealth Financial Systems, Inc. et al,* 3:12-cv-02770-IEG-MDD (S.D. Cal.);

hh. *Franco v. Consumer Portfolio Services, Inc.*, 3:13-cv-01364-EDL (N.D. Cal.);

ii. *Zimmer, Jr. v. 24 Hour Fitness, et al,* NC057484 (L.A. Superior Court);

jj. *Webb v. Healthcare Revenue Recovery Group, LLC*, 3:13-cv-00737-RS (N.D. Cal.);

kk. *Couser v. Central Credit Services, Inc.*, 3:12-cv-02424-LAB-WMC (S.D. Cal.);

ll. *Abdeljalil v. General Electric Capital Corporation,* 12-CV-02078-IEG-RBB (S.D. Cal.);

mm. *Rivera v. Nuvell Credit Company et al,* 5:13-cv-00164-TJH-OP (C.D. Cal.);

nn. *Blotzer v. Dura Medic, LLC,* 2:13-cv-00675-JAK-JCG (C.D. Cal.);

oo. *Foote v. Credit One Bank*, 2:13-cv-00512-MWF-PLA (C.D. Cal.);

pp. *Rodriguez v. Real Time Resolutions,* 3:13-cv-00728-JM-RBB (S.D. Cal.);

qq. *Fox v. Asset Acceptance,* 3:13-CV-00922-DMS-BGS (S.D. Cal.);

rr. *Couser v. Financial Recovery Services, Inc.*, 3:12-cv-02541-CAB-WVG (S.D. Cal.);

**Kazerouni Law Group, APC**
Costa Mesa, California

  ss. *Friedman v. LAC Basketball Club, Inc.,* 2:13-cv-00818-CBM-AN (C.D. Cal.); and,

  tt. *Chen v. Allstate Insurance Company, et al,* 3:13-CV-00685-LB (N.D. Cal.)

16. I have been appointed class counsel for purpose of preliminary approval of class action settlement in two cases: (1) *Ari Friedman v. LAC Basketball Club, Inc.*, 13-cv-00818-CBM-AN; and (2) *Dancer v. The Los Angeles Times Communications LLC*, BC472154.

17. I am unaware of any conflicts of interest between Mr. Springer and putative class members and between proposed class counsel and the other parties to this litigation.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on April 28, 2014.

By: /s/ Todd M. Friedman
Todd M. Friedman