**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
Jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAMMED ABDELJALIL AND RICHARD SPRINGER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFFS,<br>V.<br><br>**GE CAPITAL RETAIL BANK,**<br><br>DEFENDANT. | Case No.: 12-CV-02078-JAH-MDD<br><br>**DECLARATION OF ABBAS KAZEROUNIAN IN SUPPORT OF MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>**Date:** May 26, 2015<br>**Time:** 2:30 p.m.<br>**Place:** 13B<br>**Judge:** Hon. John A. Houston |

# DECLARATION OF ABBAS KAZEROUNIAN

**I, ABBAS KAZEROUNIAN declare:**

1. I am a partner with the law firm Kazerouni Law Group, APC, and co-counsel for plaintiffs Muhammed Abdeljalil ("Mr. Abdeljalil," or jointly the "Plaintiffs") and Richard Springer ("Mr. Springer," or jointly the Plaintiffs") in the above-captioned action against defendant GE Capital Retail Bank ("Defendant").

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I am writing this declaration in support of the Plaintiffs' Motion For Leave To File Fourth Amended Complaint.

4. Defendant's response to Interrogatory No. 6 in this action indicated that Defendant used "███████████████." to place calls to the telephone number that Plaintiffs have identified for Richard Springer, which discovery response was served on Plaintiffs on or about January 21, 2014.

5. Attached hereto as **Exhibit A** is a true and correct copy of the complaint in the matter of *Springer v. Fair Isaac Corporation*, 2:14-CV-01200 (N.D. Cal.).

///
///
///
///
///
///
///

6. Attached hereto as **Exhibit B** is a true and correct copy of the Minute Order in *Springer v. Fair Isaac Corporation,* 14-cv-02238-TLN-AC, Dkt. No 17 (N.D. Cal. Jan. 23, 2015).

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on April 3, 2015.

By: /s/ Abbas Kazerounian
Abbas Kazerounian

DECLARATION OF ABBAS KAZEROUNIAN IN SUPPORT OF MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT
CASE NO.: 12-CV-02078-JAH-MDD           2