**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
Jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAMMED ABDELJALIL; and RICHARD SPRINGER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**GE CAPITAL RETAIL BANK,**<br><br>DEFENDANT. | Case No: 3:12-cv-02078-JAH-MDD<br><br>**NOTICE OF SETTLEMENT ON A CLASS BASIS** |

Plaintiffs Muhammed Abdeljalil and Richard Springer ("Plaintiffs") submit this Notice of Settlement On A Class Basis to inform the Court that this action has settled, on a class basis, and to request that pending dates be vacated with a deadline for Plaintiffs to file necessary papers for preliminary approval of the class action settlement no earlier than February 8, 2016.

Therefore, Plaintiffs request that all pending deadlines be vacated and that the Court set a deadline for Plaintiffs to file a motion for preliminary approval of the class action settlement no earlier than February 8, 2016, which should allow Plaintiffs sufficient time to finalize the terms of the settlement and prepare and file the motion for preliminary approval.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: November 11, 2015    By:    __/s Abbas Kazerounian_____
                                  Abbas Kazerounian, Esq.
                                  Attorneys for Plaintiffs