UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED ADELJALIL, RICHARD SPRINGER, individually and on behalf of all others similarly situated ,<br><br>Plaintiffs,<br><br>v.<br><br>GE CAPITAL RETAIL BANK,<br><br>Defendant. | Case No.:  12cv2078-JAH-MDD<br><br>**ORDER RE: 1) SETTING FILING DEADLINE FOR  PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; and 2) SETTING HEARING FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

On November 11, 2015, a Notice of Settlement on a Class Basis was filed in the above captioned case. (ECF No. 129).  Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' motion for preliminary approval must be filed on or before **February 15, 2016**.
2. A hearing will be held regarding Plaintiffs' motion for preliminary approval on **March 14, 2016, at 2:30 p.m.** before Judge John A.

1 Houston, Courtroom 13B in the Carter/Keep Courthouse, 333 West
2 Broadway, San Diego, CA, 92101.  Counsel only are required to
3 participate.

Dated: **November 18, 2015**

Hon. Mitchell D. Dembin
United States Magistrate Judge