| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>Abbas Kazerounian, Esq. (SBN: 249203)<br>ak@kazlg.com<br>Jason A. Ibey, Esq. (SBN: 284607)<br>jason@kazlg.com<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>HYDE & SWIGART<br>Joshua B. Swigart (State Bar No. 225557)<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>Todd M. Friedman (SBN: 216752)<br>Nicholas J. Bontrager (SBN: 252114)<br>324 S. Beverly Dr., #725<br>Beverly Hills, CA 90212<br>Telephone: 877-206-4741<br>Facsimile: 866-633-0228<br><br>Attorneys for Plaintiffs<br>  Muhammed Abdeljalil and Richard Springer | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND (State Bar No. 083013)<br>MARCOS D. SASSO (State Bar No. 228905)<br>ARJUN P. RAO (State Bar No. 265347)<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA  90067-3086<br>Telephone: 310-556-5800<br>Facsimile: 310-556-5959<br>Email: lacalendaring@stroock.com<br><br>Attorneys for Defendant<br>   SYNCHRONY BANK, formerly known<br>   as GE CAPITAL RETAIL BANK |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMED ABDELJALIL and RICHARD SPRINGER, individually and on behalf of others similarly situated,<br><br>         Plaintiffs,<br><br>    vs.<br><br>GE CAPITAL RETAIL BANK,<br><br>         Defendant. | Case No. 3:12-cv-02078-JAH-MDD<br><br>**JOINT MOTION TO CONTINUE FILING DEADLINE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND HEARING FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Case No. 3:12-cv-02078

LA 51965913

1  Pursuant to Local Rule 7.2, plaintiffs Muhammed Abdeljalil and Richard Springer ("Plaintiffs") and defendant Synchrony Bank, formerly known as GE Capital Retail Bank ("Synchrony") (together with Plaintiffs, the "Parties"), hereby jointly move for an order continuing the filing deadline for Plaintiffs' Motion for Preliminary Approval of Class Settlement and hearing on Plaintiffs' Motion for Preliminary Approval of Class Settlement.  The Parties jointly request that (1) the filing deadline for Plaintiffs' Motion for Preliminary Approval of Class Settlement be continued from February 15, 2016 to March 1, 2016; and (2) the hearing for Plaintiffs' Motion for Preliminary Approval of Class Settlement be continued from March 14, 2016 to April 25, 2016.

The Parties respectfully submit that good cause exists for granting the requested continuance because:  (1) Plaintiffs require additional time to prepare and file the Motion for Preliminary Approval of Class Settlement; and (2) the Parties believe that continuing the hearing date and providing additional time for Plaintiffs to prepare the necessary documents to file with the Court will conserve the Parties' and the Court's resources.

Dated:  January 29, 2016         KAZEROUNIAN LAW GROUP, APC

By:  *s/ Abbas Kazerounian*
         Abbas Kazerounian

Attorneys for Plaintiffs
   Muhammed Abdeljalil and Richard Springer
Email:  jason@kazlg.com

LA 51965913

Case No. 3:12-cv-02078

| | |
|---|---|
| Dated: January 29, 2016 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>MARCOS D. SASSO<br>ARJUN P. RAO |
| | By:  *s/ Julia B. Strickland*<br>       Julia B. Strickland |
| | Attorneys for Defendant<br>    Synchrony Bank, formerly known as<br>    GE Capital Retail Bank<br>Email: jstrickland@stroock.com |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Abbas Kazerounian, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

| | |
|---|---|
| Dated: January 29, 2016 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>MARCOS D. SASSO<br>ARJUN P. RAO |
| | By:  *s/ Julia B. Strickland*<br>       Julia B. Strickland |
| | Attorneys for Defendant<br>    Synchrony Bank, formerly known as<br>    GE Capital Retail Bank<br>Email: jstrickland@stroock.com |

-1-

Case No. 3:12-cv-2078

LA 51965913

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, a copy of the foregoing **JOINT MOTION TO CONTINUE FILING DEADLINE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND HEARING FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

                                                     *s/ Julia B. Strickland*
                                                      Julia B. Strickland

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51965913

Case No. 3:12-cv-2078