UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED ABDELJALIL and RICHARD SPRINGER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>                Defendant. | Civil No. 12-CV-2078-JAH(MDD)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FILING DEADLINE AND HEARING FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT (Doc. # 134)** |

      The Court, having considered the Joint Motion To Continue Filing Deadline for Plaintiffs' Motion for Preliminary Approval of Class Settlement and Hearing for Plaintiffs' Motion for Preliminary Approval of Class Settlement (Doc. # 134) , finds that there is good cause to GRANT the motion. Accordingly, IT IS HEREBY ORDERED that:

      (1) the filing deadline for Plaintiffs' Motion for Preliminary Approval of Class Settlement is extended to March 1, 2016;

      (2) the date of March 14, 2016 set for hearing Plaintiffs' Motion for Preliminary Approval of Class Settlement is VACATED and rescheduled to be heard before this Court on April 25, 2016, at 2:30 p.m.; and

      (3) the parties' Joint Motion to Continue Filing Deadline for Plaintiff's Motion for Preliminary Approval of Class Settlement and Hearing for Plaintiff's Motion for Preliminary Approval of Class Settlement (Doc. # 133) is DENIED as moot.

1
2          IT IS SO ORDERED.
3
4     Dated:   February 5, 2016
5                                                        _____
6                                                        JOHN A. HOUSTON
                                                         United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28