**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED ABDELJALIL; RICHARD SPRINGER; JOSEPH A. HOFER; BRADLEY MOORE; Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>V.<br><br>GE CAPITAL RETAIL BANK,<br><br>DEFENDANT. | **Case No.:** 12-CV-02078-JAH-MDD<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE**:   April 25, 2016<br>**TIME**:   2:30 p.m.<br>**CRTRM**: 13B<br>**JUDGE**:   Hon. John A. Houston |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the plaintiffs Muhammed Abdeljalil, Richard Springer, Joseph A. Hofer and Bradley Moore will and hereby do move for preliminary approval of a proposed class action settlement and certification of settlement class on April 25, 2016, at 2:30 p.m., at the U.S. District Court, 333 West Broadway, San Diego, CA 92101 before the Hon. John A Houston, Courtroom 13B.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the Fourth Amended Complaint, the complete files and records in this action, and any evidence that may be presented at the hearing.

Dated: March 1, 2016

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEYS FOR PLAINTIFFS

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiffs*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiffs*

Kazerouni Law Group, APC
Costa Mesa, California