# EXHIBIT B

Exhibit B

| Case | Approval dates | Class Size | Settlement amount | Claims Rate |
|---|---|---|---|---|
| *Rose v. Bank of America Corporation*, No. 5:11-cv-02390-EJD (PSG) (N.D. Cal. 2013)<br><br>Judge Edward J. Davila | Motion for final approval filed February 19, 2014 | Notice was given to more than 6.9 million class members | Fund:  Common fund of $32,083,905.00 (no reversion) | Claims Rate:  Approx. 3% through the filing of the motion for final approval |
| *Connor v. JPMorgan Chase Bank, N.A.*, No. 10-cv-01284 (S.D. Cal. 2010) | Final approval: May 30, 2014 | Group 1:  1,718,866 cell phone numbers<br><br>Group 2:  Newly discovered additional 1,303,122 potential class members, as of the date of motion for preliminary approval | Group 1 Fund:  $7-9 million<br><br>Group 2 Fund:  Additional $4,428,637 | Group 1 Claims Rate:  Approx. 4.7% |
| *Malta v. Freddie Mac & Wells Fargo Home Mortgage, Inc.*, No. 10-CV-1290 (S.D. Cal. 2010)<br><br>Judge Roger Benitez | Final approval:  June 21, 2013 | 4,373,960 class members | Fund:  Claims made settlement for a total value of 17,078,324 | Claims Rate:  Approx. 3% |
| *Ellison v. Steve Madden, Ltd.*, No. 11-cv-05935 (C.D. Cal. 2011)<br><br>Judge Philip S. Gutierrez | Final approval:  May 7, 2013 | Approximately 203,254 class members | Fund:  $10 million; but payout capped at $150 per claimant or a pro rata share | Claims Rate:  Approx. 7% |

**Exhibit B**

| | | | | |
|---|---|---|---|---|
| *Adams v. AllianceOne Receivables Management, Inc.*, et al., No. 08-cv-00248 (S.D. Cal. 2008)<br><br>Judge John A. Houston | Final approval: September 28, 2012; objectors not dismissed until 2013 | Approximately 5,627,963 class members | Fund: Max of $9 million | Claims Rate: Approx. 1% |
| *Barani v. Wells Fargo Bank, N.A.*, No. 12-cv-02999-GPC-KSC (S.D. Cal. 2015)<br><br>Judge Gonzalo P. Curiel | Final approval: March 6, 2015 | 82,874 class members | Fund: $1,033,361.95 | Claims Rate: Approx. 1.17% |
| *Couser v. Comenity Bank*, No. 12-cv-02482-MMA-BGS (S.D. Cal. 2015)<br><br>Judge Michael N. Anello | Final approval: May 27, 2015 | Est. 4,400,000 class members | Fund: $8,465,000 | Claims Rate: Approx. 7.7% |
| *Knuston v. Schwan's Home Serv. et al.,* No. 12-cv-00964-GPC-DHB (S.D. Cal. 2015)<br><br>Judge Gonzalo P. Curiel | Final approval: April 1, 2015 | Approx. 16,191 class members | Fund: $2,535,280 | Claims Rate: Approx. 1% |

**Exhibit B**