**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for the Plaintiffs
and the Proposed Settlement Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMED ABDELJALIL, RICHARD SPRINGER, JOSEPH A. HOFER, and BRADLEY MOORE, Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFFS,<br>V.<br><br>GE CAPITAL RETAIL BANK,<br><br>DEFENDANT. | Case No.: 12-CV-02078-JAH-MDD<br><br>**DECLARATION OF RICHARD SPRINGER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE**:   April 25, 2016<br>**TIME**:   2:30 p.m.<br>**CRTRM**: 13B<br>**JUDGE**:   Hon. John A. Houston |

Kazerouni Law Group, APC
Costa Mesa, California

Richard Springer Decl. In Supp. of Mtn. For Preliminary Approval of Settlement

Case No.: 12-CV-02078-JAH-MDD

# DECLARATION OF RICHARD SPRINGER

**I, RICHARD SPRINGER, declare:**

1. I am a named Plaintiff in this above-captioned putative class action against GE Capital Retail Bank ("Defendant"). If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. I am filing this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.

3. I, through my counsel, was added as a party to this lawsuit against Defendant on August 22, 2013 by filing a third amended putative class action complaint asserting causes of action for: (1) negligent violation of Section 227(b)(3)(B) of the Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227 et seq., and (2) willful violation of Section 227(b)(3)(B) of the TCPA.

4. I, along with my co-plaintiffs (Muhammed Abdeljalil, Joseph Hofer and Bradley Moore), have agreed to a class settlement with Defendant with the assistance of my attorneys.

5. I have reviewed the settlement agreement and I have discussed it with my counsel. It is my understanding that the settlement class is defined as: "All persons nationwide whose cellular telephone number, at any time on or after August 22, 2008 through the date of entry of the Preliminary Approval Order, Synchrony (or any of its agents or entities) called using an artificial or prerecorded voice and/or using any automatic telephone dialing system and where the person called was called regarding an account that did not belong to him or her and did not provide the number to Synchrony or is not a person who had consented to receiving calls at that cellular telephone number."

6. I understand that as part of the settlement, Defendant will set up a fund of $7,000,000 to provide payment to the class members who submit a timely

and valid claim form. I believe the settlement is fair and reasonable, taking into account the sharply contested issues, as well as the risks, uncertainty, and costs of further litigation of this action which has been certified as a class action with myself as Class Representative, and considering the Defendant's motion for reconsideration of the class certification order and the burden and expense of trial.

7. I am willing to continue to serve as a Class Representative in this certified class action and I desire to be appointed as such for purposes of the settlement. I understand the obligations of serving as class representative, have, and will adequately, represent the interests of the settlement class members, and I have retained experienced counsel.

8. I understand my tasks as a class representative and I have participated throughout this litigation in the belief I was helping all other persons similarly situated. I met with my attorneys for the initial consultation, participated in calls regarding fact-finding efforts with my attorneys, responded to written discovery responses and appeared for my deposition, filed a motion for class certification, made myself available telephonically for mediation sessions in case I was needed, and submit this declaration in support of preliminary approval.

9. I understand that my attorneys have requested that each Class Representative be awarded an incentive payment of up to a total of $5,000 to be paid from the Settlement Fund. I understand that any such award has to be approved by the Court.

10. I support my attorneys Kazerouni Law Group, APC, Hyde & Swigart and The Law Offices of Todd M. Friedman, P.C.'s request to be confirmed as Class Counsel for purposes of this lawsuit and proceeding with the settlement.

11. It is my understanding that my attorneys have considerable experience with consumer class actions, including those that involve claims similar to the ones in this action, and that they have been appointed Class Counsel in this certified class action.
12. To my knowledge, I have no conflict with the other settlement class members or with my attorneys in this case.
13. The claims that I have asserted in the Fourth Amended Complaint seem to me to be very similar to the claims of my co-plaintiffs and of the other settlement class members.
14. I believe that the proposed settlement satisfies all criteria for preliminary approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2016, pursuant to the laws of California and the United States of America.

_____
Richard Springer