# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED ABDELJALIL, RICHARD SPRINGER, JOSEPH A. HOFER, and BRADLEY MOORE, Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFFS,<br>V.<br><br>GE CAPITAL RETAIL BANK,<br><br>DEFENDANT. | Case No.: 12-CV-02078-JAH-MDD<br><br>DECLARATION OF PATRICK PASSARELLA RE: NOTICE PLAN<br><br>JUDGE: Hon. John A. Houston |

I, Patrick Passarella, declare as follows:

1. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a Senior Vice President at Kurtzman Carson Consultants LLC ("KCC"), located at 3301 Kerner Boulevard, # 100, San Rafael, California. I am over 21 years of age and I am not a party to this action. I have over 20 years of experience in settlement administration. Over the course of my career, I have managed more than 500 class actions and am an expert in claims processing and class action administration.

3. KCC has been retained to serve as Claims Administrator and to develop, with the parties' input, the Claims Administration and notice program in the above-captioned matter (the "Notice Program" or "Notice Plan").

4. This declaration will describe KCC's experience, as well as the Notice Program.

## EXPERIENCE

5. KCC is a class action administrator that specializes in providing comprehensive class action services including, but not limited to, pre-settlement consulting, email and mailing campaign implementation, website design, claims administration, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, class member data management, legal notification, call center support, claims administration, and other related services critical to the effective administration of class actions. KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing, and disbursement requirements of settlements to ensure the orderly and fair treatment of class members and all parties of interest.

6. KCC's business is national in scope. Since 2000, KCC (along with Rosenthal & Company, which was acquired by KCC in 2010, and Gilardi &

Company, which was acquired by KCC in 2015) has been retained to administer more than 41,500 class actions. As part of these class actions, KCC has provided noticing solutions in cases with class members that range in numbers from 22 to over 22 million, and has distributed settlement payments totaling well over two billion dollars in the aggregate.

## OVERVIEW

7. The Notice Program developed by KCC utilizes a combination of individual notice to known Class Members and a schedule of paid notices in consumer magazines and on a variety of websites.

## NOTICE PLAN SUMMARY

### *Class Definition*

8. The "Class" or "Class Members" consists of all persons nationwide whose cellular telephone number, at any time on or after August 22, 2008 through the date of entry of the Preliminary Approval Order, Synchrony (or any of its agents or entities) called using an artificial or prerecorded voice and/or using any automatic telephone dialing system and where the person called was called regarding an account that did not belong to him or her and did not provide the number to Synchrony or is not a person who had consented to receiving calls at that cellular telephone number. Excluded from the Settlement Class is the Judge to whom the Action is assigned and any member of the Judge's staff and immediate family, as well as all persons who are validly excluded from the Settlement Class.

### *Individual Notice*

9. A reverse lookup will be performed on all available phone numbers to determine a postal address or email address for Class Members. It is our understanding that approximately 70,000 phone numbers are available for reverse lookups. KCC will send an Email Notice containing a summary of the Settlement in the body of the email as well as a link to the case website to all email addresses identified by the reverse look-up process for phone numbers provided by

Defendant. In addition, KCC will mail a Postcard Notice to postal addresses identified by the reverse look-up process for phone numbers provided by Defendant, provided that a valid email address cannot be obtained or it is determined that the email was undeliverable.

10. Prior to mailing, the names and addresses will be checked against the United States Postal Service (USPS) National Change of Address (NCOA) database,[1] certified via the Coding Accuracy Support System (CASS),[2] and verified through Delivery Point Validation (DPV).[3]

11. KCC will re-mail any Postcard Notices returned as undeliverable to any address available through postal service information; for example, Postcard Notices will be re-mailed to the address provided by the USPS on returned pieces for which the automatic forwarding order has expired, but is still within the period that the USPS returns the piece with the new address indicated. Any returned mailing that does not contain an expired forwarding order with a new address indicated may be researched through a third party look-up service, if applicable.

### *Consumer Publications*

12. KCC will cause a Summary Notice to publish in various national publications, including magazines and/or newspaper supplements.

### *Internet Banners*

13. KCC will design and conduct an Internet-based notice program that will consist of Internet banner ads run over a one-month period. The banner ads will be targeted to U.S. Adults and will include an embedded link to the settlement website.

---

[1] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

[2] Coding Accurate Support System is a certification system used by the USPS to ensure the quality of ZIP+4 coding systems.

[3] Records that are ZIP + 4 coded are then sent through Delivery Point Validation to verify the address and identify Commercial Mail Receiving Agencies. DPV verifies the accuracy of addresses and reports exactly what is wrong with incorrect addresses.

*Response Mechanisms*

14. KCC will establish a settlement website that will allow Class Members the ability to obtain additional information and documents about the Settlement. The website address will be prominently displayed in all printed notice materials and accessible through a hyperlink embedded in the email and internet banner notices. Class Members will provide for online submission of a claim form and provide Class Members the opportunity to update their contact information. KCC has reserved the URL www.abdeljalilTCPASettlement.com for the settlement website.

15. KCC will establish a toll-free number that will allow a simple way for Class Members to learn more about the Settlement in the form of frequently asked questions and answers. It will also allow Class Members to request to have more information mailed directly to them. The toll-free number will be prominently displayed in all printed notice materials and on the settlement website.

16. At the conclusion of the Notice Plan, KCC will provide a final report verifying implementation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 29, 2016, pursuant to the laws of California and the United States of America.

Patrick Passarella

DECLARATION OF PATRICK PASSARELLA RE: NOTICE PLAN
CASE NO.: 12-CV-02078-JAH-MDD                4