# EXHIBIT A

ADDENDUM NO. 1 TO
SETTLEMENT AGREEMENT AND RELEASE

This Addendum No. 1 to Settlement Agreement and Release is entered into by and among representative plaintiffs Muhammed Abdeljalil, Richard Springer, Joseph A. Hofer and Bradley Moore (collectively, "Plaintiffs"), on behalf of themselves individually and on behalf of each of the Settlement Class Members, on the one hand, and Synchrony Bank, formerly known as GE Capital Retail Bank ("Synchrony"), on the other.  Unless otherwise stated herein, the Definitions set forth in Section II of the Settlement Agreement and Release, signed on or about January 27, 2016 (the "Agreement"), are hereby incorporated by reference.

RECITALS

WHEREAS, the Parties have agreed to modify Section IV.I. of the Agreement to conform to the Parties' intent that the Released Parties include any entity that may be sued related to the Released Claims and, therefore, that the Released Parties include retailers and/or merchants with whom Synchrony Bank has a commercial relationship, including, without limitation, Wal-Mart Stores, Inc., J.C. Penney Company, Inc., Sam's Club and Lowe's Companies, Inc., and any entity on whose behalf Synchrony Bank may have acted.

AGREEMENT

IT IS HEREBY AGREED THAT THE AGREEMENT IS MODIFIED AS FOLLOWS:

1. Section IV.I. of the Agreement shall be modified to add the language in bold and in italics below:

> Upon entry of the Final Approval Order, the Releasing Parties will be deemed to have fully released and forever discharged Synchrony Bank and GE Capital Retail Bank and each and all of their present, former and future direct and indirect parent companies, affiliates, subsidiaries, agents, successors, vendors, *retailers and/or merchants with whom Synchrony Bank has a commercial relationship,*

1

*including, without limitation, Wal-Mart Stores, Inc., J.C. Penney Company, Inc., Sam's Club and Lowe's Companies, Inc., any entity on whose behalf Synchrony Bank and GE Capital Retail Bank may have acted,* and/or predecessors in interest and all of the respective officers, directors, employees, attorneys, shareholders, agents, and assigns of the aforementioned (together, the "Released Parties") from any and all rights, duties, obligations, claims, actions, causes of action or liabilities, with respect to any form of relief, including, without limitation, damages, restitution, disgorgement, penalties and injunctive or declaratory relief, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of or are related in any way to the actual or alleged use by Synchrony (or any of its agents or affiliates) of an automatic telephone dialing system and/or an artificial or prerecorded voice (to the fullest extent that those terms are used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., relevant regulatory or administrative promulgations and case law) to make collection calls to a cellular telephone number, by or on behalf of the Released Parties, including, but not limited to, claims under or for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., and the regulations promulgated thereunder and relevant case law, and all claims for violation of any other state or federal statutory or common law that regulates, governs, prohibits or restricts the making, placing or initiating of calls using an automatic telephone dialing system and/or an artificial or prerecorded voice (the "Released Claims").

[signatures on next page]

LA 51994086

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
JULIETA STEPANYAN

By: *Julia Strickland (JS) 6/8/16*
    Julia B. Strickland
Attorneys for Synchrony Bank


KAZEROUNI LAW GROUP, APC


By:_____
    Abbas Kazerounian

Class Counsel on Behalf of Plaintiffs and the Settlement Class


HYDE & SWIGART


By:_____
    Joshua B. Swigart

Class Counsel on Behalf of Plaintiffs and the Settlement Class

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: *[signature]*
    Todd M. Friedman

Class Counsel on Behalf of Plaintiffs and the Settlement Class

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
JULIETA STEPANYAN

By:_____
    Julia B. Strickland
Attorneys for Synchrony Bank

KAZEROUNI LAW GROUP, APC

By:_____
    Abbas Kazerounian

Class Counsel on Behalf of Plaintiffs and the Settlement Class

HYDE & SWIGART

By:_____
    Joshua B. Swigart

Class Counsel on Behalf of Plaintiffs and the Settlement Class

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:_____
    Todd M. Friedman

Class Counsel on Behalf of Plaintiffs and the Settlement Class