**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAMMED ABDELJALIL; RICHARD SPRINGER; JOSEPH A. HOFER; and BRADLEY MOORE,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GE CAPITAL RETAIL BANK,**<br><br>Defendant. | **Case No.:** 12-CV-02078-JAH-MDD<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENTS**<br><br>**Date**: December 19, 2016<br>**Time**: 2:30 p.m.<br>**Place**: Courtroom 13B<br>**Judge**: Hon. John A. Houston |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the plaintiffs Muhammed Abdeljalil, Richard Springer, Joseph A. Hofer and Bradley Moore will and hereby do move the Court for an award of attorneys' fees, costs and incentive payments on December 19, 2016 at 2:30 p.m., at the U.S. District Court, 333 West Broadway, San Diego, CA 92101 before the Hon. John A Houston, Courtroom 13B.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the Fourth Amended Complaint, the complete files and records in this action, and any evidence that may be presented at the hearing.

Dated: September 14, 2016

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s Abbas Kazerounian
    ABBAS KAZEROUNIAN, ESQ.
    ATTORNEYS FOR PLAINTIFFS

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiffs*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiffs*