| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>ABBAS KAZEROUNIAN<br>(State Bar No.249203)<br>JASON A. IBEY<br>(State Bar No.284607)<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>HYDE & SWIGART<br>JOSHUA B. SWIGART<br>(State Bar No. 225557)<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>TODD M. FRIEDMAN<br>(State Bar No. 216752)<br>324 S. Beverly Dr., #725<br>Beverly Hills, CA 90212<br>Telephone: 877-206-4741<br>Facsimile: 866-633-0228<br><br>Attorneys for Plaintiffs<br>   MUHAMMED ABDELJALIL,<br>   RICHARD SPRINGER, JOSEPH A.<br>   HOFER and BRADLEY MOORE | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>(State Bar No. 083013)<br>MARCOS D. SASSO<br>(State Bar No. 228905)<br>JULIETA STEPANYAN<br>(State Bar No. 280691)<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067-3086<br>Telephone: 310-556-5800<br>Facsimile: 310-556-5959<br>Email: lacalendaring@stroock.com<br><br>Attorneys for Defendant<br>   SYNCHRONY BANK, formerly known<br>   as GE CAPITAL RETAIL BANK |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMED ABDELJALIL, RICHARD SPRINGER, JOSEPH A. HOFER, BRADLEY MOORE, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>GE CAPITAL RETAIL BANK,<br><br>        Defendant. | Case No. 3:12-cv-02078-JAH-MDD<br><br>**DECLARATION OF JENNIFER MCCABE IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Joint Supplemental Brief in Support of Motion for Preliminary Approval of Class Action Settlement and Declaration of Julieta Stepanyan filed concurrently] |

---

Case No. 3:12-cv-02078
DECLARATION OF JENNIFER MCCABE IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF
LA 51987376

# DECLARATION OF JENNIFER MCCABE

I, Jennifer McCabe, hereby declare as follows:

1. I am a Vice President in the Washington, D.C. office of Cornerstone Research ("Cornerstone"). Cornerstone is a consulting firm that provides expert testimony and economic and financial analysis in all phases of litigation and regulatory proceedings. I have been employed by Cornerstone for approximately 12 years. My responsibilities include, among other things, assisting large financial institutions with issues requiring analysis of large and complex datasets, including in connection with litigation.

2. Cornerstone has been retained by Stroock & Stroock & Lavan LLP and Synchrony Bank ("Synchrony") in connection with the lawsuit entitled <u>Muhammed Abdeljalil, et al. v. GE Capital Retail Bank</u>, United States District Court, Southern District of California Case No. 12-cv-02078-JAH-MDD (the "Litigation").

3. The facts set forth herein are true of my own personal knowledge, except where based upon a review of records and documents or information provided by Synchrony employees working in connection with the Litigation. If called as a witness, I could and would competently testify to the facts set forth herein.

4. It is my understanding that the parties to the Litigation have reached a settlement on a class-wide basis, and that the "Settlement Class" is defined as:

> All persons nationwide whose cellular telephone number, at any time on or after August 22, 2008 through the date of entry of the Preliminary Approval Order, Synchrony (or any of its agents or entities) called using an artificial or prerecorded voice and/or using any automatic telephone dialing system and where the person called was called regarding an account that did not belong to him or her and did not provide the number to Synchrony or is not a person who had consented to receiving calls at that cellular telephone number.

5. On February 29, 2016, I was deposed by counsel for Plaintiffs in the Litigation regarding Cornerstone's efforts (in conjunction with Synchrony) to

1

Case No. 3:12-cv-02078
DECLARATION OF JENNIFER MCCABE IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF
LA 51987376

1 analyze the limited available call data and information obtained from Synchrony to
2 estimate the size of the "Settlement Class."
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

2

Case No. 3:12-cv-02078
DECLARATION OF JENNIFER MCCABE IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF
LA 51987376

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

8. Based upon the methodologies discussed during my deposition, Cornerstone identified approximately 140,000 cellular telephone numbers that may belong to potential Settlement Class Members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: May 6, 2016

Jennifer A. McCabe

3

Case No. 3:12-cv-02078
DECLARATION OF JENNIFER MCCABE IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF
LA 51987376

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2016, a copy of the foregoing **DECLARATION OF JENNIFER MCCABE IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*s/ Julia B. Strickland*
Julia B. Strickland

Case No. 3:12-cv-02078
DECLARATION OF JENNIFER MCCABE IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF
LA 51987376